DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| | | | |
|---|---|---|---|
| 090P15 | State v. Demario Lamont Snead | 1. State's Motion for Temporary Stay (COA14-940) | 1. Allowed **03/09/2015** |
| | | 2. State's Petition for Writ of Supersedeas | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| | | 4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. Def's Motion to Deem Response to PDR Timely Filed | 5. Allowed |
| 092P15 | Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, N.A. v. Edna S. Coleman a/k/a Edna Coleman, et al. | Def's PDR Under N.C.G.S. § 7A-31 (COA14-683) | Denied |
| 096P15 | State v. Jose Antonio Marin, II | Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Cumberland County | Dismissed |
| 100P15 | State v. Antonio Nathan Greene | Def's *Pro Se* Motion for Reappointment of Counsel | Dismissed |
| 101P15 | State v. Christopher Anthony Clegg | Def's *Pro Se* Motion for Witness Protection | Dismissed |
| 101PA14 | LexisNexis Risk Data Management, Inc., a Florida Corporation, and LexisNexis Risk Solutions, Inc., a Georgia Corporation v. North Carolina Administrative Office of the Courts; John W. Smith, II, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; and Nancy Lorrin Freeman, in her official capacity as the Clerk of the Wake County Superior Court | 1. The News and Observer Publishing Co.; Capitol Broadcasting Company, Inc.; Time-Warner Entertainment-Advance Newhouse Partnership; DTH Media Corp.; and the North Carolina Press Foundation, Inc.'s Motion for Leave to File Amicus Brief | 1. Special Order **10/15/2014** |
| | | 2. The News and Observer Publishing Co.; Capitol Broadcasting Company, Inc.; Time-Warner Entertainment-Advance Newhouse Partnership; DTH Media Corp.; and the North Carolina Press Foundation, Inc.'s Motion for Leave to Participate in Oral Argument | 2. Special Order **10/15/2014** |
| | | 3. Motion of Associate Professor Ryan Thornburg for Leave to File Brief *Amicus Curiae* | 3. Allowed **08/05/2015** **Ervin, J., recused** |